## AFFIDAVIT

I, Daniel Greene, state:

### *INTRODUCTION AND AGENT BACKGROUND*

1. I have been a Special Agent with Internal Revenue Service Criminal Investigation, United States Department of Treasury ("IRS-CI") since December 2019. In this role, I investigate criminal violations of the Internal Revenue Code and related statutes. As a Special Agent, I have been the lead case agent of numerous fraud investigations.

2. I submit this affidavit in support of an application for a criminal complaint charging DOMINGO VILLARI ("VILLARI") with theft of government funds, in violation of 18 U.S.C. §§ 641, and for a warrant for VILLARI's arrest.

3. As detailed below, VILLARI was the sole owner and officer of a construction company in Framingham, Massachusetts. In about March 2024, VILLARI obtained a tax refund check that the U.S. Treasury had issued to a German company, but which had been altered to be payable to VILLARI's business. VILLARI deposited the check into an account he controlled and thereby stole $1,288,575 from the U.S. Treasury.

4. The facts in this affidavit come from my personal knowledge, information that other law enforcement agents provided, information I obtained through witness interviews, and my review of records described below. This affidavit is not intended to set forth all of the information that I have learned during this investigation and includes only the information necessary to establish probable cause for the requested complaint and arrest warrant.

### *PROBABLE CAUSE TO BELIEVE THAT A FEDERAL CRIME WAS COMMITTED*

5. According to Massachusetts Registry of Motor Vehicles ("RMV") records, VILLARI lives at ███████████████████████ in Framingham, Massachusetts 01701.

6. "The Bank" is a regional bank headquartered in Needham, Massachusetts.

7. In January 2020, VILLARI opened two business checking accounts at the Bank. The first account was in the name of Flipp Construction Operating Account, with an account number ending 6994 (the "6994 Account"). The second account was in the name of Flipp Construction Vendor Account, with an account number ending 7009 (the "7009 Account"). VILLARI signed the account signature cards for both accounts, which listed him as the owner and sole signer and included the Employer Identification Number ("EIN")      4959.

8. In about March 2024, the IRS received a Form SS-4 in the name of Flipp Construction LLC, requesting an EIN. The Form SS-4 referenced the Social Security number      -0438. IRS and public records indicate that this is VILLARI's Social Security number. In response, the IRS assigned Flipp Construction the EIN      6183.

9. On or about March 6, 2024, VILLARI deposited a U.S. Treasury check numbered 34385076, payable to Flipp Construction in the amount of $1,288,575.20, into the 6994 Account. The memo on this check stated "FLIP OGDEN 12/2022 TAX REFUND." An image of the check appears below.



10. IRS records, which I have reviewed, show that Flipp Construction never filed a tax

2

return for any tax year that generated a refund, and that it was therefore not eligiblie to receive a $1.28 million check from the U.S. Treasury.

11. According to IRS records, the U.S. Treasury actually issued check number 34385076 to a German company and not to Flipp Construction. I have reviewed the IRS tax transcript for the German company for tax year 2022, and it shows that the German company filed a tax return on or about October 16, 2023 and that the IRS issued a refund of $1,288,575.

12. On or about January 7, 2025, VILLARI spoke with Needham police officers. I have reviewed the recording. In the interview, VILLARI stated that he obtained the tax refund check from a "friend" in Dorchester, Massachusetts and deposited it in his account at the Bank.

13. Based on the information provided above, there is probable cause to believe that VILLARI altered check number 34385076 or caused it to be altered to be payable to Flipp Construction to convert it to his use and that, on or about March 6, 2024, by depositing the altered check into the 6994 Account, VILLARI stole $1,288,575 in U.S. Treasury funds.

Sworn to under the pains and penalties of perjury,

_____
Daniel Greene
Special Agent
Internal Revenue Service
Criminal Investigation

Subscribed and sworn to before me telephonically pursuant to Rule 4.1(a) on **June 4, 2025.**

_____
Hon. Jennifer C. Boal
United States Magistrate Judge